# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIBERTY FUND, INC.,**<br><br>    Petitioner,<br><br>    v.<br><br><br><br>**ELAINE CHAO, Secretary of Labor, et al.**<br><br>    Respondents. | Civil Action No. 04-0915 (JDB)<br>(and consolidated cases No. 05-142, 05-144, 05-145, 05-147, 05-148, 05-149, 05-150, 05-156, 05-258, 05-259, 05-260, 05-261, 05-262, and 05-412 ) |

## ORDER

Upon consideration of [#24] respondents' motion to dismiss or, in the alternative, for summary judgment, [#27] petitioners' cross-motion for summary judgment, and [#34, #35] petitioners' notices of dismissal of Civil Actions No. 05-149, 05-142, and 05-258, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the following actions are dismissed: <u>Heritage Contracting LLC v. Chao</u>, Civil Action No. 05-149; <u>North Carolina Hospitality Group v. Chao</u>, Civil Action No. 05-142; and <u>Gaffar v. Chao</u>, Civil Action No. 05-258; it is further

**ORDERED** that respondents' motion for summary judgment is **GRANTED;** it is further

**ORDERED** that petitioners' cross-motion for summary judgment is **DENIED**; and it is further

**ORDERED** that judgment is entered for respondents.

                                                /s/
                                     JOHN D. BATES
                                United States District Judge

Date:  September 30, 2005

Copies to:

Paul Shearman Allen
James T. Reynolds
PAUL SHEARMAN ALLEN & ASSOCIATES
1329 18th Street, NW
Washington, DC 20036
Email: paulallen@drgreencard.com, jamestreynolds@drgreencard.com

Edward Lamar Allen
1400 Locust Rd., NW
Washington, DC 20012

Mark Anthony Mancini
WASSERMAN, MANCINI & CHANG
1915 I St., NW, Suite 400
Washington, DC 20006
Email:  wmclawfirm@aol.com

*Counsel for petitioners*

Heather R. Phillips
Megan Lindholm Rose
U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20530
Email: heather.phillips@usdoj.gov, megan.rose@usdoj.gov

*Counsel for respondents*